IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRIS JAYE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:22-CV-376-WKW |
| | ) |
| UNITED STATES, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 11, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 29.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is TRANSFERRED to the District of New Jersey under 28 U.S.C. § 1404(a).

The Clerk of the Court is DIRECTED to close this case.

DONE this 31st day of August, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE